No. 2,079.—STATE OF MONTANA EX REL. JAS. DONOVAN, ATTORNEY GENERAL, RELATOR, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF MONTANA ET AL., RESPONDENTS.

Original. Writ of supervisory control.

Decided June 22, 1904.

PER CURIAM.—On consideration, it is now here ordered and adjudged that the order to show cause heretofore issued herein, be and the same is hereby quashed and the proceedings dismissed.

*Mr. Jas. Donovan,* for Relator.

*Mr. T. J. Walsh,* and *Mr. C. B. Nolan,* for Respondents.